# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MURPHY,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. ED CV 18-117 JLS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that Petitioner's motions for reconsideration and a
2 | stay of the action are denied. The action is closed.

DATE: 12/3/2019

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE